AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| FMT IP LLC | ) | |
| *Plaintiff(s)* | ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 0:25-cv-61895-MD |
| WAIST SNATCHERS LLC | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WAIST SNATCHERS LLC
c/o Jamie Porter, Registered Agent
4367 Eaton Road
Long Beach, MS 39560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Salvatore Fazio, Esq.
500law
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Tel: (954) 351-7474
Email: sfazio@500law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/23/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin

Deputy Clerk
U.S. District Courts